In the Matter of the Application of 1229 CASTLETON AVE. REALTY CORP. for an Order Directing that the Arbitration Provided for in the Certain Contract in Writing Entered into between Petitioner and One MARLIN BUILDING CORP., on or about the 30th Day of November, 1938, Proceed Pursuant to the Provisions Thereof and of Article 84 of the Civil Practice Act, and Civil Practice Act, Sections 1448 et Seq. 1229 CASTLETON AVE. REALTY CORP., Appellant; MARLIN BUILDING CORP., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of ROSE GOLDNER SWETLOW for Reconsideration of Her Former Petition or for Permission to Submit a New Application for Admission to Practice as an Attorney and Counselor at Law.— Motion for reconsideration of petitioner's application for admission to the bar, or for leave to submit a new application, denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

GEORGE KAMINSKY, Plaintiff, v. AMERICAN NEWSPAPERS, INC., Defendant. GEORGE KAMINSKY, Plaintiff, v. ALBANY EVENING UNION COMPANY, Defendant. GEORGE KAMINSKY, Appellant; SAMUEL M. OSTROFF, an Attorney, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

MICHAEL KATAPODIS and Another, Respondents, v. THE BROOKLYN SPECTATOR, INC., Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 967.] The following question is certified: Was the order denying the motion to dismiss the complaint properly made? Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

FRED LAPP, Appellant, Respondent, v. CORA LAPP, Respondent, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

MONTROSE INDUSTRIAL BANK, Appellant, v. HERMAN BOSLOW, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

PEPSI-COLA COMPANY, Appellant, v. THE COCA-COLA COMPANY, Respondent.— (Appeal No. 2.) — Motion for reargument and for other relief denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion to modify decision denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS QUINN, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED DE W. MASON and JANET D. M. SLAUSON, Respondents, v. WILLIAM STANLEY MILLER and Others, as Tax Commissioners, Constituting the Board of Tax Commissioners, Appellants. — Motion to resettle order denied, without costs. Resettlement of the order in the form requested is unnecessary. (Civ. Prac. Act, § 620.) Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.